**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-24-00109-CR**
_____

**JUAN JOSE MORENO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 9th District Court**
**Montgomery County, Texas**
**Trial Cause No. 22-04-04234-CR**

**MEMORANDUM OPINION**

Although Juan Jose Moreno filed a notice of appeal, he failed to arrange to pay for the clerk's record. *See* Tex. R. App. P. 35.3(a)(2). On April 30, 2024, the Clerk of the Court notified the parties that unless Moreno arranged to file the clerk's record or explained why he needed additional time to do so, his appeal in Trial Court Cause Number 22-04-04234-CR would be dismissed for want of prosecution. The Court, however, has not received a response to its request.

1

Retained counsel has represented Moreno in his appeal. Moreno has also not filed an affidavit of indigence, and nothing in the appellate record shows that Moreno is entitled to proceed without paying costs. *See id.* 20.2.

Because Moreno has not explained why he failed to file the record in his appeal, the appeal is dismissed for want of prosecution. *See id.* 37.3(b), 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on June 18, 2024
Opinion Delivered June 19, 2024
Do Not Publish

Before Golemon, C.J., Horton and Johnson, JJ.

2